**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0114-20

SCHAFER FISHERIES, INC.,

    Plaintiff-Respondent,

v.

CHRISTOPHER RICHARD
ZAWISNY, individually
trading as CRACOVIA, INC.,

    Defendant-Appellant.

_____

Submitted December 2, 2021 – Decided December 20, 2021

Before Judges Alvarez and Mitterhoff.

On appeal from the Superior Court of New Jersey, Law Division, Union County, Docket No. L-1931-12.

Mario Apuzzo, attorney for appellant.

Ragan & Ragan, attorneys for respondent (W. Peter Ragan, Sr., on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0114-20